EXHIBIT 2

1

# U.S. Patent No. 12,294,206

## Claim 1

## Cable Hangers

| U.S. Patent No. 12,294,206 | |
|---|---|
| "1.    A cable hanger, comprising:" | |
| **Claim Language** 1 [(pre)].    A cable hanger, comprising: | CAB's ModulAir is a "[s]olar **cable hanger product line** utilizing a modular tiered system for cable separation." Ex. 3 (CAB Solar ModulAir) at 1 (emphasis added); Ex. 5 (CAB Solar ModulAir Sales Sheet) at 1 ("Introducing ModulAir™, the innovative new CAB® Solar PV system cable hanger product line designed to revolutionize above-ground cable management in the solar industry."); Ex. 6 (CAB Solar Debuts the Free Air Solution) at 2 ("CAB® Solar's ModulAir™ Hanger System utilizes a tiered system for cable separation, optimizing air flow around cables to enhance EBOS performance and to eliminate the need for cable derating."). Additionally, CAB's ModulAir™ Hail Stow Hanger System as a "newly designed **hanger system** was inspired by CAB® Solar's free-air solution, ModulAir™, and developed for compatibility with the increased, steep tilt of any hail stow tracker system. It also can be **utilized with CAB® Solar's patented Cable Management System** with Intergrated Grounding." Ex. 7 (CAB Solar Introduces the new, ModulAir) at 1 (emphasis added). |

| U.S. Patent No. 12,294,206 | |
|---|---|
| \"1(a) a first support member including a proximal end and a distal end, wherein a bottom surface is positioned at the distal end\" | |
| **Claim Language**<br><br>[1(a)] a first support member including a proximal end and a distal end, wherein a bottom surface is positioned at the distal end; | CAB's ModulAir includes a first support member including a proximal end and a distal end, wherein a bottom surface is positioned at the distal end.<br><br><br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 | |
|---|---|
| \"1(b) a first hook arranged at the proximal end of the first support member and configured to attach the cable hanger to a support wire;\" | |
| **Claim Language** | CAB's ModulAir includes a first hook arranged at the proximal end of the first support member and configured to attach the cable hanger to a support wire. |

| U.S. Patent No. 12,294,206 |
| --- |
| "1(b) a first hook arranged at the proximal end of the first support member and configured to attach the cable hanger to a support wire;" |

| [1(b)] a first hook arranged at the proximal end of the first support member and configured to attach the cable hanger to a support wire; |  Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |
| --- | --- |

| U.S. Patent No. 12,294,206 |
| --- |
| "1(c) a first saddle positioned on the first support member;" |

| **Claim Language**<br><br>[1(c)] a first saddle positioned on the first support member; | CAB' ModulAir includes a first saddle positioned on the first support member. |
| --- | --- |



Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added).

| U.S. Patent No. 12,294,206 | |
|---|---|
| "1(d) a second saddle positioned horizontally adjacent to the first saddle; and" | |
| **Claim Language**<br><br>[1(d)] a second saddle positioned horizontally | CAB's ModulAir includes a second saddle positioned horizontally adjacent to the first saddle. |

| U.S. Patent No. 12,294,206 | |
| :---: | :---: |
| "1(d) a second saddle positioned horizontally adjacent to the first saddle; and" | |
| adjacent to the first saddle; and; | <br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 | |
| :---: | :---: |
| "1(e) a saddle extension, comprising:" | |
| **Claim Language** | CAB's ModulAir includes a saddle extension. |

| U.S. Patent No. 12,294,206 |
|---|
| "1(e) a saddle extension, comprising:" |

| [1(e)] a saddle extension, comprising: |  Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "1(e)(i)    a second support member having a proximal end and a distal end;" |

| **Claim Language** | CAB's ModulAir includes a saddle extension comprising a second support member having a proximal end and a distal end. |
|---|---|

8

| U.S. Patent No. 12,294,206 |
| :---: |
| "1(e)(i)    a second support member having a proximal end and a distal end;" |

| [1(e)(i)] a second support member having a proximal end and a distal end; |  |
| :--- | :--- |
| | Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 |
| :---: |
| "1(e)(ii) a third saddle positioned on the second support member; and" |

| **Claim Language** | |
| :--- | :--- |

| U.S. Patent No. 12,294,206 | |
|---|---|
| "1(e)(ii) a third saddle positioned on the second support member; and" | |
| [1(e)(ii)] a third saddle positioned on the second support member; and | CAB's ModulAir includes a saddle extension comprising a third saddle positioned on the second support member.  Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 "1(e)(iii) a second hook arranged on the proximal end of the saddle extension and configured to attach to the first saddle to connect the saddle extension to the first saddle, wherein the second hook extends vertically above the bottom surface of the first support member." | |
|---|---|
| **Claim Language**<br><br>[1(e)(iii)] a second hook arranged on the proximal end of the saddle extension and configured to attach to the first saddle to connect the saddle extension to the first saddle, wherein the second hook extends vertically above the bottom surface of the first support member. | CAB's ModulAir includes a second hook arranged on the proximal end of the saddle extension and configured to attach to the first saddle to connect the saddle extension to the first saddle, wherein the second hook extends vertically above the bottom surface of the first support member.<br><br><br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 |
|---|
| "[2] The cable hanger of claim 1, wherein the second hook is positioned axially outward of the first hook relative to a centerline of the cable hanger." |

| Claim Language | |
|---|---|
| [2] The cable hanger of claim 1, wherein the second hook is positioned axially outward of the first hook relative to a centerline of the cable hanger. | CAB's ModulAir is the cable hanger of claim 1, wherein the second hook is positioned axially outward of the first hook relative to a centerline of the cable hanger.<br><br><br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 |
|---|
| "[3] The cable hanger of claim 1, wherein the saddle extension comprises a fourth saddle horizontally adjacent to the third saddle." |

| Claim Language | |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[3] The cable hanger of claim 1, wherein the saddle extension comprises a fourth saddle horizontally adjacent to the third saddle." |

| [3] The cable hanger of claim 1, wherein the saddle extension comprises a fourth saddle horizontally adjacent to the third saddle. | CAB's ModulAir is the cable hanger of claim 1, wherein the saddle extension comprises a fourth saddle horizontally adjacent to the third saddle.  Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[4] The cable hanger of claim 1, wherein the bottom surface of the first support member defines a bottom surface of the first saddle." |
| **Claim Language** |
| CAB's ModulAir is the cable hanger of claim 1, wherein the bottom surface of the first support member defines a bottom surface of the first saddle. |

| U.S. Patent No. 12,294,206 |
|---|
| "[4] The cable hanger of claim 1, wherein the bottom surface of the first support member defines a bottom surface of the first saddle." |

| [4] The cable hanger of claim 1, wherein the bottom surface of the first support member defines a bottom surface of the first saddle. | <br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[5] The cable hanger of claim 1, wherein the second hook is configured to partially surround a portion of the first saddle." |

| **Claim Language**<br><br>[5] The cable hanger of claim 1, | CAB's ModulAir is the cable hanger of claim 1, wherein the second hook is configured to partially surround a portion of the first saddle. |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[5] The cable hanger of claim 1, wherein the second hook is configured to partially surround a portion of the first saddle." |

| wherein the second hook is configured to partially surround a portion of the first saddle. |  |
|---|---|
| | Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

Second Hook partially surrounding a portion of the first saddle

| U.S. Patent No. 12,294,206 |
|---|
| "[6] The cable hanger of claim 1, wherein the first saddle includes a top surface configured to support a cable positioned within the first saddle and second hook." |

| **Claim Language**<br><br>[6] The cable hanger of claim 1, wherein the first | CAB's ModulAir is the cable hanger of claim 1, wherein the first saddle includes a top surface configured to support a cable positioned within the first saddle and second hook. |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[6] The cable hanger of claim 1, wherein the first saddle includes a top surface configured to support a cable positioned within the first saddle and second hook." |

| saddle includes a top surface configured to support a cable positioned within the first saddle and second hook. | <br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[7] The cable hanger of claim 1, wherein the first saddle and the third saddle are vertically aligned." |

| **Claim Language**<br><br>[7] The cable hanger of claim 1, wherein the first | CAB's ModulAir is the cable hanger of claim 1, wherein the first saddle and the third saddle are vertically aligned. |
|---|---|

| U.S. Patent No. 12,294,206 |
| :-- |
| "[7] The cable hanger of claim 1, wherein the first saddle and the third saddle are vertically aligned." |

| saddle and the third saddle are vertically aligned. |  |
| :-- | :-- |
| | Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 |
| :-- |
| "[9(pre)] A system comprising:" |

| **Claim Language**<br><br>[9(pre)] A system comprising: | CAB's ModulAir is a cable hanger system.<br><br>For example, CAB's ModulAir is a "[s]olar **cable hanger product line** utilizing a modular tiered system for cable separation." Ex. 3 (CAB Solar ModulAir) at 1 (emphasis added); Ex. 5 (CAB Solar ModulAir Sales |

| U.S. Patent No. 12,294,206 |
|---|
| "[9(pre)] A system comprising:" |

| | Sheet) at 1 ("Introducing ModulAir™, the innovative new CAB® Solar PV system cable hanger product line designed to revolutionize above-ground cable management in the solar industry."); Ex. 6 (CAB Solar Debuts the Free Air Solution) at 2 ("CAB® Solar's ModulAir™ Hanger System utilizes a tiered system for cable separation, optimizing air flow around cables to enhance EBOS performance and to eliminate the need for cable derating.").<br><br>Additionally, CAB's ModulAir™ Hail Stow Hanger System as a "newly designed **hanger system** was inspired by CAB® Solar's free-air solution, ModulAir™, and developed for compatibility with the increased, steep tilt of any hail stow tracker system. It also can be **utilized with CAB® Solar's patented Cable Management System** with Intergrated Grounding." Ex. 7 (CAB Solar Introduces the new, ModulAir) at 1 (emphasis added). |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[9(a)] a first cable hanger; and" |

| **Claim Language**<br><br>[9(a)] a first cable hanger; and | CAB's ModulAir includes a first cable hanger. |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[9(a)] a first cable hanger; and" |



Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added).

| U.S. Patent No. 12,294,206 |  |
|---|---|
| "[9(b)] a second cable hanger;" |  |
| **Claim Language**<br><br>[9(b)] a second cable hanger; | CAB's ModulAir includes a second cable hanger. |

| U.S. Patent No. 12,294,206<br>"[9(b)] a second cable hanger;" | |
|---|---|
| | <br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206<br>"[9(c)(i)] the first cable hanger including: a first support member including a proximal end and a distal end, wherein a bottom surface of the first support member is positioned at the distal end," | |
|---|---|
| **Claim Language**<br><br>[9(c)(i)] the first cable hanger | CAB's ModulAir first cable hanger includes a first support member including a proximal end and a distal end, wherein a bottom surface of the first support member is positioned at the distal end. |

| U.S. Patent No. 12,294,206 |
| --- |
| "[9(c)(i)] the first cable hanger including: a first support member including a proximal end and a distal end, wherein a bottom surface of the first support member is positioned at the distal end," |

| including: a first support member including a proximal end and a distal end, wherein a bottom surface of the first support member is positioned at the distal end, | <br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |
| --- | --- |

| U.S. Patent No. 12,294,206 |
| --- |
| "[9(c)(ii)] a first hook arranged at the proximal end of the first support member and configured to attach the cable hanger to a support wire," |

| **Claim Language**<br><br>[9(c)(ii)] a first hook arranged at | CAB's ModulAir first cable hanger includes a first hook arranged at the proximal end of the first support member and configured to attach the cable hanger to a support wire. |
| --- | --- |

| U.S. Patent No. 12,294,206 |
|---|
| "[9(c)(ii)] a first hook arranged at the proximal end of the first support member and configured to attach the cable hanger to a support wire," |

| the proximal end of the first support member and configured to attach the cable hanger to a support wire, | <br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[9(c)(iii)] a first saddle positioned on the first support member and including a top surface, and" |

| **Claim Language**<br><br>[9(c)(iii)] a first saddle positioned on the first | CAB's ModulAir first cable hanger includes a first saddle positioned on the first support member and including a top surface. |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[9(c)(iii)] a first saddle positioned on the first support member and including a top surface, and" |

| support member and including a top surface, and |  |
|---|---|
| | Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 |
|---|
| "[9(c)(iv)] a second saddle positioned horizontally adjacent to the first saddle, and the second cable hanger including" |

| **Claim Language**<br><br>[9(c)(iv)] a second saddle positioned | CAB's ModulAir first cable hanger includes a second saddle positioned horizontally adjacent to the first saddle. |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[9(c)(iv)] a second saddle positioned horizontally adjacent to the first saddle, and the second cable hanger including" |
| horizontally adjacent to the first saddle, and the second cable hanger including |  Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 |
|---|
| "[9(d)(i)] a second support member having a proximal end and a distal end;" |
| **Claim Language**<br><br>[9(d)(i)] a second support member having a | CAB's ModulAir includes a second support member having a proximal end and a distal end. |

| U.S. Patent No. 12,294,206 "[9(d)(i)] a second support member having a proximal end and a distal end;" | |
|---|---|
| proximal end and a distal end; | <br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 "[9(d)(ii)] a third saddle positioned on the second support member; and" | |
|---|---|
| **Claim Language** | CAB's ModulAir includes a third saddle positioned on the second support member. |

| U.S. Patent No. 12,294,206<br>"[9(d)(ii)] a third saddle positioned on the second support member; and" ||
|---|---|
| [9(d)(ii)] a third saddle positioned on the second support member; and | <br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206<br>"[9(d)(iii)] a second hook arranged on the proximal end of the second cable hanger and configured to attach to the first saddle to connect the second cable hanger to the first cable hanger, wherein the second hook is configured to extend vertically above the bottom surface of the first support member and abut the top surface of the first saddle." ||
|---|---|
| **Claim Language** | CAB's ModulAir includes a second hook arranged on the proximal end of the second cable hanger and configured to attach to the first saddle to connect the second cable hanger to the first cable hanger, wherein the |

| U.S. Patent No. 12,294,206 |
| --- |
| "[9(d)(iii)] a second hook arranged on the proximal end of the second cable hanger and configured to attach to the first saddle to connect the second cable hanger to the first cable hanger, wherein the second hook is configured to extend vertically above the bottom surface of the first support member and abut the top surface of the first saddle." |

| [9(d)(iii)] a second hook arranged on the proximal end of the second cable hanger and configured to attach to the first saddle to connect the second cable hanger to the first cable hanger, wherein the second hook is configured to extend vertically above the bottom surface of the first support member and abut the top surface of the first saddle. | second hook is configured to extend vertically above the bottom surface of the first support member and abut the top surface of the first saddle.<br><br><br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 |
| --- |
| "[10] The system of claim 9, further comprising a third hanger, the third hanger including:" |
| **Claim Language** | |

| U.S. Patent No. 12,294,206 |
|---|
| "[10] The system of claim 9, further comprising a third hanger, the third hanger including:" |

| [10] The system of claim 9, further comprising a third hanger, the third hanger including: | CAB's ModulAir is the system of claim 9, further comprising a third hanger.<br><br><br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |
|---|---|

| U.S. Patent No. 12,294,206 |
|---|
| "[10(a)] a third support member having a proximal end and a distal end;" |

| **Claim Language**<br><br>[10(a)] a third support member | CAB's ModulAir third hanger includes a third support member having a proximal end and a distal end. |
|---|---|

| U.S. Patent No. 12,294,206<br>"[10(a)] a third support member having a proximal end and a distal end;" | |
| --- | --- |
| having a proximal end and a distal end; | <br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206<br>"[10(b)] a fourth saddle positioned on the third support member; and" | |
| --- | --- |
| **Claim Language**<br><br>[10(b)] a fourth saddle positioned | CAB's ModulAir third hanger includes a fourth saddle positioned on the third support member. |

| U.S. Patent No. 12,294,206 "[10(b)] a fourth saddle positioned on the third support member; and" | |
|---|---|
| on the third support member; and | <br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 "[10(c)] a third hook arranged on the proximal end of the third hanger and configured to attach to the third saddle to connect the third cable hanger to the second cable hanger, wherein the third hook is configured to extend vertically above a bottom surface of the second support member and abut a top surface of the third saddle." | |
|---|---|
| **Claim Language** | |

| U.S. Patent No. 12,294,206 |
|---|
| "[10(c)] a third hook arranged on the proximal end of the third hanger and configured to attach to the third saddle to connect the third cable hanger to the second cable hanger, wherein the third hook is configured to extend vertically above a bottom surface of the second support member and abut a top surface of the third saddle." |

| [10(c)] a third hook arranged on the proximal end of the third hanger and configured to attach to the third saddle to connect the third cable hanger to the second cable hanger, wherein the third hook is configured to extend vertically above a bottom surface of the second support member and abut a top surface of the third saddle. | CAB's ModulAir third hanger includes a third hook arranged on the proximal end of the third hanger and configured to attach to the third saddle to connect the third cable hanger to the second cable hanger, wherein the third hook is configured to extend vertically above a bottom surface of the second support member and abut a top surface of the third saddle.<br><br><br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |

| U.S. Patent No. 12,294,206 |
| :---: |
| "[11] The system of claim 9, wherein the second hook is a curved end of the second support member." |

| **Claim Language**<br><br>[11] The system of claim 9, wherein the second hook is a curved end of the second support member. | CAB's ModulAir is the system of claim 9, wherein the second hook is a curved end of the second support member.<br><br><br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2 (annotations added). |
| :--- | :--- |

| U.S. Patent No. 12,294,206 |
| :---: |
| "[12] The system of claim 9, wherein the second support member is formed of a deformable material." |

| **Claim Language** | |
| :--- | :--- |

| U.S. Patent No. 12,294,206 |
|---|
| "[12] The system of claim 9, wherein the second support member is formed of a deformable material." |

| [12] The system of claim 9, wherein the second support member is formed of a deformable material. | CAB's ModulAir is the system of claim 9, wherein the second support member is formed of a deformable material.<br><br><br><br>Ex. 5 (CAB Solar ModulAir Sales Sheet) at 2. |