pIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| AFFORDABLE WIRE MANAGEMENT, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>CAMBRIA COUNTY ASSOCIATION FOR THE BLIND AND HANDICAPPED, INC.,<br><br>    *Defendant.* | C.A. No.: 3:25-cv-00283-SLH |

### ASSENTED-TO EMERGENCY MOTION OF DEFENDANT FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

    Defendant Cambria County Association for the Blind and Handicapped, Inc. ("CAB"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and the Court's Interim Standing Order effective December 16, 2019, and with the assent of Plaintiff Affordable Wire Management, LLC ("AWM"), hereby moves this Court for a two-week extension of time by which CAB must respond to AWM's Motion for Preliminary Injunction, up to and including October 6, 2025. In support of this motion, CAB states the following:

    1.    On September 3, 2025, AWM filed its Complaint (ECF 1) alleging that CAB directly and indirectly infringes U.S. Patent No. 12,294,206 (the "'206 Patent"), issued to AWM on May 6, 2025. The exhibits attached to the Complaint include a 32-page infringement claim chart, together with a copy of the '206 Patent and numerous other exhibits. (ECF 1-1 through 1-7).

    2.    On the same date, AWM filed a Motion for Preliminary Injunction ("PI Motion") (ECF 3) and proposed order (ECF 3-1), along with its Brief in Support (ECF 4), Declaration of

Scott Rand ("Rand Declaration") (ECF 4-1), and Declaration of Joshua Weiner ("Weiner Declaration") (ECF 4-2), together with a copy of the '206 Patent (ECF 4-3), and a copy of the '206 Patent Claim Chart (ECF 4-4).

3. On September 5, 2025, the Court issued an order directing AWM to effectuate service of the Complaint, the PI Motion, and the Brief in Support upon CAB, and further ordered that CAB file its Response to AWM's PI Motion within fourteen (14) days of receipt of service. ECF 8.

4. On September 8, 2025, AWM, through its counsel, notified undersigned counsel by email that AWM had filed its Complaint and PI Motion, and requested that counsel for CAB accept service. On that same date, undersigned counsel for CAB agreed to accept service, and counsel for AWM provided service of the PI Motion and Brief in Support. Counsel for AWM further served a copy of the Complaint and Waiver of Service.

5. Accordingly, pursuant to this Court's Order dated September 5, 2025 (ECF 8), CAB's response to the PI Motion is due by September 22, 2025.

6. Also on September 8, 2025, CAB requested, and AWM assented to, a two-week extension of time for CAB to respond to the PI Motion.

7. This extension is necessary for CAB to be able to review and analyze the volume of material filed by AWM, and to have adequate time to prepare a response to AWM's PI Motion.

8. To exacerbate the situation, CAB's principals and key support staff are attending the RE+ trade show in Las Vegas, Nevada, from September 8, 2025, through September 11, 2025. The RE+ trade show is the largest annual solar and energy storage trade show in North America and is attended by industry participants from around the world. Because of CAB's

attendance at the RE+ trade show, counsel for CAB has limited accessibility to information needed to respond to the PI Motion.

9. This motion for extension of time has been timely filed. Fed. R. Civ. P. 6(b)(1)(A).

10. The requested extension of time will not unduly delay resolution of the PI Motion or this action.

11. A proposed Order of Court is attached hereto.

WHEREFORE, for the foregoing reasons, CAB respectfully requests that the Court grant CAB's motion and extend CAB's deadline to respond to AWM's PI Motion, up to and including October 6, 2025.

Dated: September 9, 2025                      Respectfully submitted,

/s/ Edward C. Flynn
Edward C. Flynn (Pa. I.D. No. 35198)
Cody J. Madison (Pa. I.D. No. 332146)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Tel:   412.566.6000
Fax:   412.566.6099
Email: eflynn@eckertseamans.com
            cmadison@eckertseamans.com

*Attorneys for Defendant Cambria County Association for the Blind and Handicapped, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are identified as non-registered participants.

Date: September 9, 2025          */s/ Edward C. Flynn*
                                            Edward C. Flynn